# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Alejandro Palacios,<br><br>    Plaintiff,<br><br>  vs.<br><br>Rash Curtis & Associates,<br><br>    Defendant. | Case No.: 2:16-cv-02839-WBS-AC<br><br>**ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated:  April 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER